FILED
JAN 13 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BASS,<br><br>    Petitioner,<br><br>vs.<br><br>GEORGE NEOTTI, Warden,<br><br>    Respondent. | Case No. EDCV 09-1610-JSL (DTB)<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Jan 13, 2011

Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE